**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JULIE SCHULTZ, ) | |
| ) | Case No. 10 CV 1621 |
| Plaintiff, ) | |
| ) | Judge Gottschall |
| v. ) | |
| ) | Magistrate Judge Schenkier |
| MRS ASSOCIATES, INC. ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ENLARGEMENT OF TIME

NOW COMES Defendant, MRS ASSOCIATES, INC., by its attorney, BRIAN J. OLSZEWSKI, pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests that this Court grant a 28-day enlargement of time to file a responsive pleading to Plaintiff's Complaint, and in support thereof, states as follows:

1. Plaintiff's Complaint purports to state a class action claim under the Fair Debt Collection Practices Act against this Defendant.

2. On March 11, 2010, Plaintiff's Complaint was filed. Service was effected upon Defendant on March 16, 2010. This Defendant's responsive pleading is due on April 6, 2010.

3. Counsel for this Defendant was only recently retained by Defendant and is filing an appearance contemporaneously with this motion.

4. Defendant hereby request an additional 28 days from April 6, 2010 to answer or otherwise plead. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to analyze the pleading and prepare the appropriate response.

1

2

WHEREFORE, Defendant, MRS ASSOCIATES, INC., respectfully requests that this Court grant it a 28-day enlargement of time, up to and including May 4, 2010, to file a responsive pleading to the Plaintiff's Complaint.

Respectfully submitted,

By: s/Brian J. Olszewski
Brian J. Olszewski

Brian J. Olszewski
Blitt & Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090
(847)403-4900
(312)920-0625
brian.olszewski@BlittandGaines.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that I filed this Notice and the document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record on April 6, 2010.

By: s/Brian J. Olszewski
Brian J. Olszewski

Brian J. Olszewski
Blitt & Gaines, P.C.
661 Glenn Avenue
Wheeling, IL  60090
(847)403-4900
brian.olszewski@BlittandGaines.com