**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JULIE SCHULTZ, ) | |
| ) | Case No. 10 CV 1621 |
| Plaintiff, ) | |
| ) | Judge Gottschall |
| v. ) | |
| ) | Magistrate Judge Schenkier |
| MRS ASSOCIATES, INC. ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S CERTIFICATE OF INTEREST PURSUANT TO LOCAL RULE 3.2 AND FEDERAL RULE 7.1

The undersigned, counsel of record for MRS ASSOCIATES, INC., furnishes the following in compliance with Rule 3.2 of this court and Federal Rule 7.1.

1. I represent Defendant, MRS Associates, Inc., in the above-captioned case.

2. The nongovernmental corporate party, MRS Associates, Inc.;

   a) does not have any parent corporation; and,

   b) no publicly held entity holds a 5% or more ownership interest in MRS Associates, Inc.

Respectfully submitted,

By: s/Brian J. Olszewski
Brian J. Olszewski

Brian J. Olszewski
Blitt & Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090
(847)403-4900 (Phone)
(312)920-0625 (Fax)
brian.olszewski@BlittandGaines.com

2

## **CERTIFICATE OF SERVICE**

      I, the undersigned, certify that I filed the foregoing Certificate of Interest through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record on May 4, 2010.

By: s/Brian J. Olszewski
Brian J. Olszewski

Brian J. Olszewski
Blitt & Gaines, P.C.
661 Glenn Avenue
Wheeling, IL  60090
(847)403-4900 (Phone)
(312)920-0625 (Fax)
brian.olszewski@BlittandGaines.com