**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JULIE SCHULTZ, | ) | 1:10-cv-1621 |
| Plaintiff, | ) | |
| | ) | Judge Gottschall |
| v. | ) | Magistrate Judge Schenkier |
| | ) | |
| MRS ASSOCIATES, INC., | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

**Rule 41(a)(1) Stipulation for Dismissal**

The parties to this action hereby stipulate to dismissal of this action with prejudice and

without costs, pursuant to Fed.R.Civ.P. 41(a)(1).  The claims of the putative class members are

dismissed without prejudice.

Respectfully submitted,

/s/Alexander H. Burke
Counsel for Plaintiff

BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

/s/Brian J. Olszewski (with permission)
Counsel for Defendant

Blitt & Gaines, P.C.
661 Glenn Avenue
Wheeling, IL  60090
847-403-4905
312-920-0625 (Fax)
brian.olszewski@BlittandGaines.com